IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-cv-00103-FL

| | | |
|---|---|---|
| SODEXO OPERATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| COLUMBUS COUNTY BOARD OF | ) | |
| EDUCATION d/b/a Columbus County | ) | |
| Schools, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge James E. Gates, regarding the motion for summary judgment (DE 18) by plaintiff and counterclaim defendant Sodexo Operations, LLC ("plaintiff"). No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

The court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, plaintiff's motion for summary judgment is DENIED WITHOUT PREJUDICE to plaintiff's refiling it on the terms specified below. Any such renewed motion by plaintiff must be filed within 30 days of this order. Plaintiff must file with any renewed motion a complete copy of the contract at issue, including specifically plaintiff's response to the RFP. The parties must support the factual assertions in their respective memoranda on any renewed motion by plaintiff as required under Rule 56(c)(1), subject to the court's possible exclusion of uncited or inadequately cited material from its consideration of the motion pursuant to Rule 56(c)(3).

SO ORDERED, this the 21st day of February, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge

2